UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **JASON BATISTE** | **CIVIL DOCKET NO. 6:23-CV-1291** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **SHERIFFS OFFICE LAFAYETET PARISH, ET AL.** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 8], determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

IT IS ORDERED that this CIVIL RIGHTS COMPLAINT [Doc. 1] be DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED in Chambers this 9th day of October, 2024.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE